UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:15cv139-FDW

| | |
|---|---|
| BARNEY ADRIAN DUNLAP, )<br>)<br>    Petitioner, )<br>)<br>vs. )<br>)<br>DAVID MITCHELL, )<br>)<br>    Respondent. )<br>_____) | **ORDER** |

**THIS MATTER** is before the Court upon a motion by Petitioner Barney Adrian Dunlap for a transcript of his state trial proceedings to be paid for at United States Government expense. (Doc. No. 13.)

Petitioner is a prisoner of the State of North Carolina who was convicted by a Caldwell County jury on September 2, 2011, of two counts of first-degree murder. State v. Dunlap, 737 S.E.2d 190, 2013 WL 432627, at *1 (N.C. Ct. App. 2013) (unpublished). The trial court sentenced Petitioner to two terms of life imprisonment without parole. Id. Petitioner filed a direct appeal, and on February 5, 2013, the North Carolina Court of Appeals issued an unpublished opinion finding that no prejudicial error occurred in Petitioner's trial. Id. at *4.

After unsuccessfully seeking post-conviction relief in the state courts, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 in this Court on October 28, 2015. (Doc. No. 1.) The Court dismissed the Petition as untimely (Doc. No. 4) and denied Petitioner's Motion to Alter or Amend Judgment (Doc. No. 11).

Petitioner appealed both rulings, as well as moved in the Fourth Circuit Court of Appeals for leave to proceed in forma pauperis, to expand the record, to place the case in abeyance, to

amend or correct the petition, to appoint counsel, for a transcript at Government expense, and for an evidentiary hearing.  See Dunlap v. Mitchell, No. 16-6521, 2016 WL 5752886, at *1 (4th Cir. Oct. 4, 2016).  The Fourth Circuit dismissed Petitioner's appeal and denied all of the aforementioned motions.  Id.

Petitioner has provided no reason for, nor demonstrated entitlement to, a transcript of his state trial proceedings at United States Government expense.  His motion shall be denied.

**IT IS, THEREFORE, ORDERED** that Petitioner's Motion for Trial Transcript (Doc. No. 13) is **DENIED**.

Signed: October 31, 2016

Frank D. Whitney
Chief United States District Judge